901 A.2d 476

**In the Matter of Craig Hale KLINE, Jr.**

**Petition for Reinstatement from Inactive Status.**

**No. 89 DB 2005.**

Supreme Court of Pennsylvania.

June 20, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of June, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 1, 2006, the Petition for Reinstatement from Inactive Status is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.